**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                          **CASE NO. 4:18-CR-00607-BSM**

**VALEN RAY GILMER**                                              **DEFENDANT**

## ORDER

A warrant was issued for Valen Ray Gilmer on June 6, 2025 but he has not been arrested and his whereabouts are unknown. Gilmer's case is therefore transferred to the fugitive status list and will be returned to the active docket when he is arrested.

IT IS SO ORDERED this 15th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE